IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HAZEL SUSAN FAJARDO, Individually and as
the Personal Representative to the Wrongful Death
Estate of EUGENIO FAJARDO,

    Plaintiff,

v.                                                     Civ. No. 22-0189 KG/GBW

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY d/b/a
GOOD SAMARITAN SOCIETY – SOCORRO; and
RAYNA FAGUS, in her capacity as the
Administrator of GOOD SAMARITAN
SOCIETY-SOCORRO,

    Defendants.

## ORDER OF REMAND

In a contemporaneously filed Memorandum Opinion and Order (Doc. 12), the Court granted Plaintiff's Motion to Remand (Doc. 4). For the reasons given therein, the Court REMANDS this case to the Seventh Judicial District Court, County of Socorro, State of New Mexico.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE